# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# DOCKET NO. 3:17-CR-327-MOC-DCK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | **ORDER** |
| ALEX DESHAWN PEARSON, ) | |
| Defendant. ) | |

**THIS MATTER IS BEFORE THE COURT** on Defendant's "Motion To Seal" (Document No. 24) filed June 28, 2018. In accordance with the Local Rules, the Court has considered the Motion to Seal, the public's interest in access to the materials in question, and alternatives to sealing. The Court determines that no less restrictive means other than sealing is sufficient inasmuch as the Objections to Presentence Report contain sensitive and private information that is inappropriate for public access. Having carefully considered the motion and the record, and for good cause, the undersigned will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that Defendant's "Motion To Seal" (Document No. 24) is **GRANTED**, and "Defendant's Objections To Presentence Report" (Document No. 25) is sealed until further Order of this Court.

**SO ORDERED**.

Signed: June 30, 2018

David C. Keesler
United States Magistrate Judge